```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
CARGILL FINANCIAL SERVICES INTERNATIONAL,
INC.,
                         Plaintiff,
                                              09 Civ. 4780 (DAB)
         -against-                            ORDER

FIRST UKRANIAN INTERNATIONAL BANK, also
known as CLOSED JOINT-STOCK COMPANY FIRST
UKRAINIAN INTERNATIONAL BANK,

                         Defendant.
------------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

    The Court is in receipt of Defendant's letter of June 17, 2009 and June 19, 2009 and Plaintiff's letter of June 18, 2009 and June 19, 2009. The Court is grateful to the Honorable Loretta A. Preska for attending to this case during this Court's absence. All further matters in this case shall be directed to this Court.

    Defendant's request for a pre-motion conference concerning their request for permission to move to certify the June 9, 2009 Order for interlocutory appeal is DENIED. For the reasons set forth in Plaintiff's letters, the Court finds there is no substantial ground for a difference of opinion on a controlling question of law.

    SO ORDERED.

Dated:    New York, New York
             June 25, 2009

                                                Deborah A. Batts
                                       United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 25 Jun 09